UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61469-BLOOM/Valle

TRITON II, LLC,

    Plaintiff,

v.

JOHN RANDAZZO and CAPRICE TURNER,

    Defendants.

_____/

**ORDER OF DISMISSAL OF COUNT 2 ONLY**

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal of Count 2 Only, ECF No. [4] ("Notice"), filed on July 3, 2018. The Court has carefully reviewed the Notice and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [4]** is **APPROVED** and **ADOPTED**;

2. **COUNT 2** is **DISMISSED WITHOUT PREJUDICE;**

3. This case shall remain **OPEN** and all deadlines remain in place.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of July, 2018.

                                                                  _____
                                                                  **BETH BLOOM**
                                                                  **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record