UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61469-BLOOM/Valle

TRITON II, LLC

    Plaintiff,
v.

JOHN RANDAZZO and CAPRICE TURNER,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED JOINT MOTION
FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT
OF THEIR MOTIONS TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendants, John Randazzo ("Randazzo") and Caprice Turner ("Turner"), hereby file this Unopposed Joint Motion for Extension of Time to File a Reply in Support of their respective Motions to Dismiss Plaintiff's Amended Complaint [DE 49 and DE 50], and in support thereof, state as follows:

1. On November 2, 2018, Randazzo and Turner filed their respective Motions to Dismiss Plaintiff's Amended Complaint. *Id.*

2. Thereafter, on November 19, 2018, Plaintiff filed its Response [DE 53] following an unopposed three (3) day extension of time granted by this Court. [DE 52].

3. Currently, the Defendants' Reply briefs are due on November 26, 2018, which is the Monday following the Thanksgiving holiday weekend.

4. Defendants move for this 7-day extension of time because of the Thanksgiving holiday, which includes long-standing family commitments for Defendants' counsel and travel

plans of some of the counsel involved in this matter. In addition, lead counsel for Randazzo is attending to medical-related personal issues during this time period.

5. Plaintiff's counsel has indicated that there is no opposition to extending the time for Randazzo and Turner to file their respective reply briefs up to and including Monday, December 3, 2018.

6. Pursuant to Fed. R. Civ. P. 6(b), this Court has the authority to grant the requested extension of time for good cause and undersigned counsel respectfully submit that good cause exists as set forth above to grant the requested enlargement of time and that the request is made in good faith and not for the purposes of undue delay.

7. This motion for extension of time is made in good faith and not for the purpose of causing undue delay or prejudice.

8. A proposed order granting the instant motion is attached hereto as "Exhibit A."

WHEREFORE, Defendants, Randazzo and Turner, respectfully request the Court to enter an Order granting a seven (7) day extension of time for Defendants to file their Reply briefs in Support of their respective Motions to Dismiss Plaintiff's Amended Complaint up through and including December 3, 2018.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned counsel hereby certifies that counsel for the Parties have conferred in a good faith effort to resolve the issues raised in the motion and Plaintiff's counsel has advised that it does not oppose the requested relief.

Dated: November 20, 2018
Miami, Florida

                        Respectfully Submitted,

                  By: /s/ Catherine J. MacIvor
                      Catherine J. MacIvor
                      Florida Bar. No. 932711
                      cmacivor@fflegal.com
                      Paul Bagley
                      Florida Bar. No. 94211
                      pbagley@fflegal.com
                      FOREMAN FRIEDMAN, PA
                      One Biscayne Tower, Suite 2300
                      2 South Biscayne Boulevard
                      Miami, FL 33131
                      Telephone: (305) 358-6555
                      *Attorneys for John Randazzo*

                      and

                  By: /s/ Richard J. McIntyre
                      Richard J. McIntyre
                      Florida Bar Number: 0962708
                      rich@mcintyrefirm.com
                      McIntyre Thanasides Bringgold Elliott
                      Grimaldi Guito & Matthews, P.A.
                      500 E. Kennedy Blvd., Suite 200
                      Tampa, FL 33602
                      Telephone: (813) 223-0000
                      *Attorneys for Caprice Turner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on November 20, 2018. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                  By: /s/ Catherine J. MacIvor
                      Catherine J. MacIvor

## SERVICE LIST
## CASE NO. 18-CV-61469

Paul D. Turner
Perlman, Bajandas, Yevoli & Albright, P.L
200 South Andrews Ave., Suite 600
Fort Lauderdale, FL 33301
954-566-7117
pturner@pbyalaw.com
*Attorneys for Triton II, LLC*

Jonathan Feldman
Perlman, Bajandas, Yevoli & Albright, P.L
200 South Andrews Ave., Suite 600
Fort Lauderdale, FL 33301
954-566-7117
jfeldman@pbyalaw.com
*Attorneys for Triton II, LLC*

Catherine J. MacIvor
Foreman Friedman, PA
2 South Biscayne Blvd., Suite 2300
Miami, FL 33131
305-358-6555
cmacivor@fflegal.com
*Attorneys for John Randazzo*

Paul Bagley
Foreman Friedman, PA
2 South Biscayne Blvd., Suite 2300
Miami, FL 33131
305-358-6555
pbagley@fflegal.com
*Attorneys for John Randazzo*

Richard J. McIntyre
McIntyre Thanasides Bringgold Elliott
Grimaldi Guito & Matthews, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602
813-223-0000
rich@mcintyrefirm.com
*Attorney for Caprice Turner*